FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 28, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ISAIAH RICHARD MATTHEWS, <br><br> Defendant. | NO: 2:23-CR-35-RMP-1 <br><br> ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT |

BEFORE THE COURT is the Government's Motion to Dismiss the Indictment without Prejudice, ECF No. 40. Having reviewed the motion, the Court finds good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED** that the Government's Motion to Dismiss Indictment without Prejudice, **ECF No. 40**, is **GRANTED**. The Indictment, ECF No. 20, is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, **and close this case**.

**DATED** this June 28, 2023.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        Senior United States District Judge